1  RICHARD CHERNICK
2  JAMS
   707 Wilshire Boulevard, 46th Floor
3  Los Angeles, CA  90017
   213/253-9790    213/620-0100 (fax)
4  rchernick@jamsadr.com
5  SPECIAL MASTER

6

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIORNIA

11
   PINKBERRY VENTURES, INC.,              )   Case No. **CV13-02146 PSG(SSx)**
12                    Plaintiff,           )
                                          )   Assigned to the Hon. Philip S. Gutierrez
13     v.                                 )
                                          )
14  PENNINSULAR GROUP, LLC; DOES 1-10,    )
   inclusive,                             )   **Pretrial Conference Order No. 1**
15                    Defendants.          )
                                          )
16                                        )
                                          )
17                                        )

18  AND RELATED COUNTERCLAIM

19

20
                                          )   Case No. **CV13-02662 PSG(SSx)**
21  PINKBERRY VENTURES, INC,              )
                    Plaintiff,            )   Assigned to the Hon. Philip S. Gutierrez
22     v.                                 )
                                          )
23  PINKBERRY OF FLORIDA, INC.; DOES 1-   )
24  10, inclusive,                        )
                    Defendants.           )
25                                        )
                                          )
26                                        )

27  AND RELATED COUNTERCLAIM

28

Appearances:

    Rochelle B. Spandorff, Esq.
    Jennifer L. Brockett, Esq.
    Loring Rose, Esq.
    Davis Wright Tremaine LLP
    865 South Figueroa Street, Suite 2400
    Los Angeles, CA  90017-2566
    213/633-6800      213/633-6899 (fax)
    rochellespandorf@dwt.com
    jenniferbrockett@dwt.com
    loringrose@dwt.com
    Counsel for Plaintiff in Both Cases

    Robert Zarco, Esq.
    Alejandro Brito, Esq.
    Morgan Geller, Esq.
    Zarco Einhorn Salkowski
    100 S.E. 2nd Street, Suite 2700
    Miami, FL 33131-2193
    305/374-5418    305/374-xxxx (fax)
    rzarco@zarcolaw.com
    abrito@zarcolaw.com
    mgeller@zarcolaw.com
    Counsel for Defendants Pinkberry of Florida, Inc.
    and Pinkberry Penninsular Group LLC

    Timothy R. Pestotnik, Esq.
    Russell A. Gold, Esq.
    Russell F. Winslow, Esq
    Pestotnik & Gold LLP
    501 West Broadway, Suite 1850
    San Diego, CA 92101
    619/237-5090   619/342-8020 (fax)
    tim@tprglaw.com
    russ@tprglaw.com
    winslow@tprglaw.com
    Counsel for Penninsular Group, LLC

    Ian Rambarran, Esq.
    Klinedinst PC
    801 K Street, Suite 2100
    Sacramento, CA  95814
    916/444-7573    916/444-7544 (fax)
    irambarran@klinedienstlaw.com
    Counsel for Pinkberry of Florida, Inc.

The Referee was appointed by the Court in this matter pursuant to Federal Rules of Civil Procedure, Rule 53 to hear and determine any and all issues of fact, law or procedure in this action and to issue a Report to the Court (Rule 53(e). Orders dated August 5, 2013.

A pretrial conference was conducted on October 31, 2013 at 12:30 p.m. This Order shall govern these proceedings:

1. <u>Governing Authority</u>: The Special Master was appointed by stipulation and order of the United States District Court. The parties are party to License Agreements that in Art. 20 (Dispute Resolution) specify resolution by a reference per Cal. Code of Civil Procedure § 638. The Stipulation and Order dated August 5, 2013, and this Order shall supersede those provisions. The Federal Rules of Civil Procedure and the Federal Rules of Evidence shall be applied by the Special Master.

2. <u>Pleadings</u>: Plaintiff has filed separate motions to dismiss the counterclaims in both actions. Defendants shall file opposition by November 15, 2013; Plaintiff shall file a reply by November 22, 2013. A telephonic hearing shall be conducted telephonically on December 11, 2013 at 11:00 a.m.

3. <u>Motion to Consolidate Cases</u>: Defendant seeks to consolidate these two cases for purposes of discovery and trial. (Letter Brief filed November 8, 2013.) Plaintiff shall file opposition by November 20, 2013; Defendants may file a reply by December 2, 2013. A telephonic hearing shall be conducted telephonically on December 11, 2013 at 11:00 a.m.

4. <u>Further Status Conference</u>. A further status conference shall be conducted on December 11, 2013 at 11:00 a.m.

5. <u>Discovery</u>: counsel shall meet and confer and establish a schedule for discovery. Fact discovery shall be completed by February 5, 2014 unless the parties agree to change that cut-off. Other dates shall be as agreed by the parties.

6. <u>Pretrial motions (including Rule 56 motions)</u>: counsel shall meet and confer and establish a schedule for any dispositive motion.

7. <u>Final Pretrial Conference and Order</u>: (set date)

8. <u>Trial date</u>: Trial shall commence on _____, 2014 and shall continue on the following dates at the JAMS Los Angeles Resolution Center: _____. Other dates relating to the trial shall be established at the final Pretrial Conference.

9. <u>The Special Master's Report</u> shall be issued not later than October 5, 2014.

10. <u>Special Master Contact Information:</u>

   Richard Chernick
   JAMS
   707 Wilshire Boulevard, 46th Floor
   Los Angeles, CA 90017
   213/253-9790        213/620-0100 (fax)
   rchernick@jamsadr.com

11. <u>JAMS Case Manager:</u>

   Reggie Joseph
   JAMS
   707 Wilshire Boulevard, 46th Floor
   Los Angeles, CA 90017
   213/253-9704    213/620-0100 (fax)
   rjoseph@jamsadr.com

1  Dated:  November 14, 2013

2

3                                                    Respectfully submitted,

4

5                                                    Richard Chernick
                                                     Special Master
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Pinkberry Ventures, Inc. vs. Penninsular Group, LLC et al.
Reference No. 1220046710

I, NICK SMITH, not a party to the within action, hereby declare that on  November 14, 2013 I

served the attached PRETRIAL CONFERENCE ORDER NO. 1 on the parties in the within action by Email and

by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United

States Mail, at Los Angeles, CALIFORNIA, addressed as follows:


Jennifer L. Brockett Esq.
Ms. Loring Rose
Rochelle B. Spandorf Esq.
Davis Wright Tremaine
865 S. Figueroa St.
Suite 2400
Los Angeles, CA   90017
Phone: 213-633-6800
jenniferbrockett@dwt.com
loringrose@dwt.com
rochellespandorf@dwt.com
    Parties Represented:
    Pinkberry Ventures Inc.


Russell A. Gold Esq.
Russell R. Winslow Esq.
Timothy R. Pestotnik Esq.
Pestotnik & Gold LLP
501 W. Broadway
Suite 1850
San Diego, CA   92101
Phone: 619-237-5080
russ@tprglaw.com
winslow@tprglaw.com
tim@tprglaw.com
    Parties Represented:
    Penninsular Group LLC


Alejandro Brito Esq.
Morgan Geller Esq.
Zarco Einhorn Salkowski et al.
100 S.E. 2nd St.
Suite 2700
Miami, FL   33131-2193
Phone: 305-374-5418
abrito@zarcolaw.com
mgeller@zarcolaw.com
    Parties Represented:
    Penninsular Group LLC


Hon. Philip S. Gutierrez
U.S. District Court
Roybal Federal Building
255 E. Temple St., Room 880
Los Angeles, CA   90012
Phone: 213-894-8899
U.S. MAIL ONLY

I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles, CALIFORNIA on  November 14, 2013.

NICK SMITH
nsmith@jamsadr.com

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Pinkberry Ventures, Inc. vs. Pinkberry of Florida, Inc., et al.
Reference No. 1220046477

I, NICK SMITH, not a party to the within action, hereby declare that on  November 14, 2013 I

served the attached PRETRIAL CONFERENCE ORDER NO. 1 on the parties in the within action by Email and

by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United

States Mail, at Los Angeles, CALIFORNIA, addressed as follows:

Jennifer L. Brockett Esq.
Ms. Loring Rose
Rochelle B. Spandorf Esq.
Davis Wright Tremaine
865 S. Figueroa St.
Suite 2400
Los Angeles, CA   90017
Phone: 213-633-6800
jenniferbrockett@dwt.com
loringrose@dwt.com
rochellespandorf@dwt.com
    Parties Represented:
    Pinkberry Ventures Inc.

Alejandro Brito Esq.
Robert Zarco Esq.
Morgan Geller Esq.
Zarco Einhorn Salkowski et al.
100 S.E. 2nd St.
Suite 2700
Miami, FL   33131-2193
Phone: 305-374-5418
abrito@zarcolaw.com
RZarco@zarcolaw.com
mgeller@zarcolaw.com
    Parties Represented:
    Pinkberry of Florida

Hon. Philip S. Gutierrez
U.S. District Court
Roybal Federal Building
255 E. Temple St., Room 880
Los Angeles, CA   90012
Phone: 213-894-8899
U.S. MAIL ONLY

Ian A. Rambarran Esq.
Klinedinst PC
801 K Street
Suite 2100
Sacramento, CA   95814
Phone: 916-444-7573
irambarran@klinedinstlaw.com
    Parties Represented:
    Pinkberry of Florida

    I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles,
CALIFORNIA on  November 14, 2013.

NICK SMITH
nsmith@jamsadr.com