

THE RESOLUTION EXPERTS®



E-FILED
MAR 19 2014
Document #

# NOTICE OF HEARING

NOTICE TO ALL PARTIES                                     March 17, 2014

    Re:    **Pinkberry Ventures, Inc. vs. Penninsular Group, LLC et al.**
           Reference #: 1220046710

Dear Parties:    CV 13-2146 -PSG(SSx)

Thank you for choosing JAMS as your dispute resolution provider. This letter will confirm the court reference hearing in the above-referenced matter has been scheduled as follows:

    Date:           July 16, 2014 at 9:00 AM for 8 hours
                      July 17, 2014 at 9:00 AM for 8 hours
                      July 18, 2014 at 9:00 AM for 8 hours
                      July 21, 2014 at 9:00 AM for 8 hours
                      July 22, 2014 at 9:00 AM for 8 hours

    Place:          JAMS
                      707 Wilshire Boulevard
                      46th Floor
                      Los Angeles, CA 90017

    Neutral:        Richard Chernick Esq.

If monies are outstanding, enclosed is an invoice for your share of the fees. All fees must be paid by 5/16/14 to proceed with the above hearing. Please remit payment to JAMS, P.O. Box 512850, Los Angeles, CA 90051-0850.

If additional fees are incurred an invoice will be sent after the hearing.

Any cancellation or continuance must be approved by the neutral. If reserved time is canceled or continued by any party after 5/30/14 JAMS will make every attempt to reschedule the neutral's time with another matter. However, if JAMS cannot reschedule, the party canceling or continuing the hearing is responsible for all fees associated with the reserved time.

Pre-hearing materials may be submitted directly to the neutral according to your briefing schedule. If you have any questions, please contact me directly at 213-253-9704. We look forward to working with you.

Very truly yours,

Jo-El Fequiere on behalf of
Reggie Joseph
Case Manager
rjoseph@jamsadr.com



# General Fee Schedule
### Richard Chernick, Esq.

---

**PROFESSIONAL FEES**

**Daily Rate** ...................................................................... **$7,000**
Includes all session time on the scheduled day, a reasonable amount of reading and research time and all travel time within California.

**Half Day Rate** ............................................................. **$4,500**
Includes up to 4 hours of session time on the scheduled day and a reasonable amount of reading and research time.

- Other professional time, including additional session time, pre and post session reading and research, and conference calls, will be billed at $650 per hour.

**NON-REFUNDABLE CASE MANAGEMENT FEE**

- The Case Management Fee includes access to an exclusive nationwide panel of judges, attorneys, and other ADR experts, dedicated services including all administration through the duration of the case, document handling, and use of JAMS conference facilities including after hours and on-site business support. Weekends and holidays are subject to additional charges.
- The Case Management Fee is reassessed on cases that continue beyond originally scheduled professional time.
- Professional fees include time spent for sessions and pre- and post-sessions reading and research time.

**Mediations**
*One day is defined as 10 hours of professional time*          *Fee*
**1-3 days**.................................................................$275 per party, per day
**Time in excess of initial 30 hours**...................... 10% of professional fees

**Discovery, Court Reference and Contract Matters**
*One day is defined as 10 hours of professional time*          *Fee*
**1-3 days**.................................................................$400 per party, per day
**Time in excess of initial 30 hours**......................10% of professional fees

**Arbitrations**
See neutral's individual arbitration fee schedule.

**CANCELLATION/CONTINUANCE POLICY**
                              *Cancellation/Continuance Period*                    *Fee*
5 days or less .......................30 days or more prior to session...................... 100% REFUNDABLE, except for time incurred
6 to 10 days.........................45 days or more prior to session...................... 100% REFUNDABLE, except for time incurred
10 days or more ..................60 days or more prior to session...................... 100% REFUNDABLE, except for time incurred
Sessions of any length .........Inside the cancellation/continuance period...........NON-REFUNDABLE

- Unused session time is non-refundable.
- Session fees are non-refundable if time scheduled (or a portion thereof) is cancelled or continued within the cancellation period unless the Neutral's time can be rescheduled with another matter. The cancellation policy exists because time reserved and later cancelled generally cannot be replaced. In all cases involving non-refundable time, the party causing the continuance or cancellation is responsible for the fees of all parties.
- A retainer for anticipated preparation and follow-up time is billed to the parties. Any unused portion is refunded.
- All fees are due and payable upon receipt of invoice and payment must be received in advance of session. JAMS reserves the right to cancel your session if fees are not paid by all parties by the applicable cancellation date and JAMS confirms the cancellation in writing.

---

JAMS agreement to render services is with the attorney, the party, and/or other representatives of the party.

Los Angeles • Santa Monica
www.jamsadr.com • Updated 11/19/10

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Pinkberry Ventures, Inc. vs. Penninsular Group, LLC et al.
Reference No. 1220046710

I, NICK SMITH, not a party to the within action, hereby declare that on March 18, 2014 I served the attached NOTICE OF HEARINGS on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Los Angeles, CALIFORNIA, addressed as follows:

Jennifer L. Brockett Esq.
Ms. Loring Rose
Rochelle B. Spandorf Esq.
Davis Wright Tremaine
865 S. Figueroa St.
Suite 2400
Los Angeles, CA   90017
Phone: 213-633-6800
jenniferbrockett@dwt.com
loringrose@dwt.com
rochellespandorf@dwt.com
    Parties Represented:
    Pinkberry Ventures Inc.

Russell A. Gold Esq.
Russell R. Winslow Esq.
Timothy R. Pestotnik Esq.
Pestotnik & Gold LLP
501 W. Broadway
Suite 1850
San Diego, CA   92101
Phone: 619-237-5080
russ@tprglaw.com
winslow@tprglaw.com
tim@tprglaw.com
    Parties Represented:
    Penninsular Group LLC

Alejandro Brito Esq.
Morgan Geller Esq.
Zarco Einhorn Salkowski et al.
100 S.E. 2nd St.
Suite 2700
Miami, FL   33131-2193
Phone: 305-374-5418
abrito@zarcolaw.com
mgeller@zarcolaw.com
    Parties Represented:
    Penninsular Group LLC

Hon. Philip S. Gutierrez
U.S. District Court
Roybal Federal Building
255 E. Temple St., Room 880
Los Angeles, CA   90012
Phone: 213-894-8899
U.S. MAIL ONLY

    I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles, CALIFORNIA on March 18, 2014.

_____
NICK SMITH
nsmith@jamsadr.com